18 U.S.C. § 3553(a) sentencing factors, and the contentions of counsel. Accordingly, Schunior has not shown that his sentence was either unreasonable or plainly unreasonable. *See United States v. Mathena,* 23 F.3d 87, 90–93 (5th Cir.1994).

Nor has he shown that the district court plainly erred when it stated that Schunior had not complied with the terms of his release. The sentencing colloquy, when read in context and in its entirety, reflects: the district court was focused on the repeated violations of the condition prohibiting drug use; and the district court based its sentencing decision on Schunior's violations of that condition.

AFFIRMED.

Before JOLLY, STEWART, and OWEN, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Taide Santos Sanchez–Arambula has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Sanchez–Arambula has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Taide Santos SANCHEZ–ARAMBULA,**
**Defendant–Appellant.**

**No. 09–50732**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 22, 2010.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Alex A. Melendez, El Paso, TX, for Defendant–Appellant.

**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Ramon MORALES, Defendant–**
**Appellant.**

**No. 09–50803**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 22, 2010.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.